### GEORGE W. DUMOND

*v*

### THE MERCHANTS' NATIONAL BANK.

*Filed at Ottawa June 19, 1894.*

This case is governed and controlled by *O'Hare* v. *Drovers' National Bank,* 119 Ill. 646.

APPEAL from the Appellate Court for the First District;—heard in that court on appeal from the Superior Court of Cook county; the Hon. JOSEPH E. GARY, Judge, presiding.

Messrs. PECKHAM & BROWN, for the appellant.

Mr. E. A. OTIS, for the appellee.

Per CURIAM: This is a suit by appellant, against appellee, the Merchants' National Bank, for the recovery of the same money recovered in *Union Stock Yards Nat. Bank* v. *Dumond, ante,* 501, in which an opinion has been filed affirming a judgment in favor of appellant and against the last named bank. In that opinion the doctrine of *Drovers' Nat. Bank* v. *O'Hare,* 119 Ill. 646, was approved. Appellee, the Merchants' National Bank, occupies the same position in this case that the Northwestern National Bank did in the *O'Hare case,* and it necessarily follows, upon the authority of that case and the affirmance of judgment against the Union Stock Yards National Bank, that the judgment in favor of appellee must be affirmed.

*Judgment affirmed.*